UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.,<br><br>                             Plaintiffs,<br><br><br>            -against-<br><br>Icon Contracting Group Inc.,<br><br>                          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.:<br>) 24-cv-07617-AS<br>)<br>)<br>) DEFAULT<br>) JUDGMENT<br>)<br>)<br>) |

----------------------------------------------------------------------------------------------------

This action having been commenced on October 8, 2024 by the filing of the Summons and a Petition to confirm an Arbitral Award ("Petition"), and a copy of the Summons and Petition having been served on the Respondent, Icon Contracting Group Inc., on October 10, 2024 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on October 16, 2024 and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Petitioners have judgment against Respondent in the liquidated amount of $2,038.80, which includes the following: wages payable to Wesley Keilhoz in the sum of $1,032.00; and benefits payable to the PIIAF in the sum of $1,006.80; as well as post-judgment interest to be calculated as stipulated in 28 U.S.C. § 1961(a) until satisfaction of the Award.

ORDERED, that the Judgment rendered by the court on this day in favor of the

Petitioners be entered as a final judgment against Respondent and the Clerk of the Court is

directed to enter such judgment forthwith.


Dated:  New York, New York
        February 7, 2025

The Clerk of Court is respectfully directed to close this case.


So Ordered:


_____

Arun Subramanian, U.S.D.J.